FILED

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0025

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0025

_____

ELLEN HUBBELL, INDIVIDUALLY and as
PERSONAL REPRESENTATIVE OF THE
ESTATE OF JESSE HUBBELL,

     Plaintiff and Appellants,

v.

     O R D E R

GULL SCUBA CENTER, LLC d/b/a GULL DIVE
CENTER,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024